```
United States Bankruptcy Court
     Northern District of Ohio
```

In re:                                                          Case No. 13-12569-jps
Cindy Lynn Lee                                                  Chapter 7
Bobylynn Lee
         Debtors
                         **CERTIFICATE OF NOTICE**

District/off: 0647-1          User: athre              Page 1 of 2              Date Rcvd: May 17, 2013
                              Form ID: pdf853          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2013.
db/db         +Cindy Lynn Lee,    Bobylynn Lee,    9049 Lyman Court,    North Ridgeville, OH 44039-9760
cr            +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
22251037      +Lorain County Treasurer,    Daniel J. Talarek,    226 Middle Avenue,    Elyria, OH 44035-5629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bnc@atlasacq.com May 17 2013 21:29:02      Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Wells Fargo Bank, NA
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2013**                **Signature:**  *Joseph Speetjens*

```
District/off: 0647-1           User: athre                 Page 2 of 2                 Date Rcvd: May 17, 2013
                               Form ID: pdf853             Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2013 at the address(es) listed below:

```
              Mary Ann Rabin    trusteemail@rabinandrabin.com,  mrabin@ecf.epiqsystems.com
              Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Stacey A O'Stafy    on behalf of Creditor   Wells Fargo Bank, NA bankruptcy@mdk-llc.com,
               anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
              William J Balena    on behalf of Debtor Cindy Lynn Lee docket@ohbksource.com
              William J Balena    on behalf of Debtor Bobylynn  Lee docket@ohbksource.com
                                                                                             TOTAL: 5
```

IT IS SO ORDERED.

Dated:  16 May, 2013 04:08 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 13-12569 |
| Cindy Lynn Lee  FKA Cindy Lynn Noll, FKA Cindy Lynn Rumancik Bobylynn  Lee | Chapter 7 |
| | Judge Jessica Price Smith |
| | * * * * * * * * * * * * * * * * * |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT (FIRST MORTGAGE) (DOCKET NO. 12)** |
| Debtor(s). | |
| | 9049 Lyman Court, North Ridgeville, OH 44039 |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Wells Fargo Bank, NA ("Creditor") (Docket 12).  Creditor has alleged that good cause for granting the Motion exists, and that Cindy Lynn Lee  FKA Cindy Lynn Noll, FKA Cindy Lynn Rumancik and Bobylynn  Lee (collectively, "Debtor"), counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in

13-011577_KJB

opposition to the Motion, or all responses have been withdrawn.  For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 9049 Lyman Court, North Ridgeville, OH 44039.

###

**SUBMITTED BY**:

 /s/ Stacey A. O'Stafy
Stacey A. O'Stafy (0070386)
Mary E. Krasovic (0085380)
James E. Tebbutt (0084830)
David B. Bokor (0061515)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Email: sao@manleydeas.com
Attorneys for Creditor


Copies to:

| | |
|---|---|
| William J. Balena | Cindy Lynn Lee  FKA Cindy Lynn Noll, FKA |
| Attorney Debtor | Cindy Lynn Rumancik and Bobylynn  Lee |
| 511 W. Broad Street | Debtor |
| Elyria, OH 44035 | 9049 Lyman Court |
| (notified by ecf) | North Ridgeville, OH 44039 |
| | (notified by regular US Mail) |

Lorain County Treasurer  
Party of Interest  
226 Middle Avenue  
Elyria , OH 44035  
(notified by regular US Mail)

Stacey A. O'Stafy  
Attorney for Creditor  
Manley Deas Kochalski LLC  
P.O. Box 165028  
Columbus, OH 43216-5028  
(notified by ecf)

Mary Ann Rabin  
Chapter 7 Trustee  
55 Public Square  
Suite 1510  
Cleveland, OH 44113  
(notified by ecf)

Office of U.S. Trustee  
Northern District of Ohio  
Howard Metzenbaum U.S. Courthouse  
Party of Interest  
201 Superior Avenue  
Cleveland, OH 44114  
(notified by ecf)