IT IS SO ORDERED.

Dated: 16 August, 2013 12:03 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| IN RE:   Cindy Lynn Lee & Bobbylynn Lee | CASE NO: 13-12569 |
| Debtor(s) | CHAPTER 13 |
| | JUDGE JESSICA E. PRICE SMITH |

### ORDER GRANTING DEBTORS' AMENDED MOTION TO AVOID JUDICIAL LIEN OF DISCOVER BANK

This matter is before the Court on Debtors' Amended Motion to Avoid Judicial Lien of DISCOVER BANK on Debtors' residence home real estate 9049 Lyman Court, North Ridgeville, OH 44039 (the "Property") pursuant to 11 U.S.C. §522(b)(a).

The Lien is perfected as follows:

**Certificate of judgment filed. Lorain County Court of Common Pleas, Case Number 12CV177890 in the principal sum of $7,005.28 plus interest from the date of judgment on the principal balance at the rate of 3.000% per annum and costs**

Case Number 13CJ066419 filed 03/08/2013

The court finds that Debtors have alleged that good cause exists for granting this Motion, that all interested parties have been served with Notice of the Motion and the deadline to request a hearing, that no party filed an objection or otherwise appeared in opposition to the Motion, and that it appears appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED THAT** Debtor's Amended Motion to Avoid the Judicial Lien of DISCOVER BANK be and is hereby granted.

**IT IS FURTHER ORDERED THAT** said judicial lien of DISCOVER BANK shall be deemed avoided, released, and of no further effect upon the filing of this order with the Lorain County Clerk of Court after Debtors' case has been discharged.

**IT IS SO ORDERED.**

Submitted by:

/s/William J. Balena

_____
William J. Balena   0019641
Attorney for Debtors
511 Broad Street
Elyria, OH 44035
(888) 633-5426
(866) 936-6113 - Fax
docket@ohbksource.com

###

## SERVICE LIST

Mary Ann Rabin, Chapter 7 Trustee
(Via ECF)

William J. Balena
Attorney for Debtors
(Via ECF)

Cindy and Bobbylynn Lee
9049 Lyman Court
North Ridgeville, OH  44039

Discover Bank
Attn: Managing Agent
c/o DB Servicing Corp.
6500 New Albany Road
New Albany, OH 43054

Discover Bank
Attn: Managing Agent
100 West Market
PO Box C
Greenwood, DE 19950

Discover Bank
Attn: Managing Agent
502 E. Market Street
Greenwood, DE 19950

Discover Bank
Attn: President
c/o DB Servicing Corp.
6500 New Albany Road
New Albany, OH 43054

Discover Bank
Attn: President
100 West Market
PO Box C
Greenwood, DE 19950

Discover Bank
Attn: President
502 E. Market Street
Greenwood, DE 19950

Woo S. Jun
Attorney for DISCOVER BANK
323 W. Lakeside Ave
Suite 200
Cleveland, OH 44113